# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

| | | |
|---|---|---|
| RUSSELL E.D. ROBINSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| PAMELA GREEN, | : | |
| Defendant. | : | NO. CV209-91 |

## O R D E R

On August 4, 2009, Magistrate Judge James E. Graham entered a report and recommendation that suggested dismissal of Plaintiff's claim in its entirety. Presently before the Court is Robinson's objection to the Magistrate Judge's order. The Court agrees that Robinson has not shown that his lawsuit is nonfrivolous, and **ADOPTS** the report and recommendation as the order of the Court. Robinson's objections are **OVERRULED**.

**SO ORDERED**, this  15th  day of September, 2009.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)